UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

STEPHANIE B. WILLIAMS

CRIMINAL ACTION

NO. 10-104 -JJB

### RULING AND ORDER

Defendant has filed a motion for sentence modification (doc. 633) based upon the Supreme Court's recent ruling in *Alleyne v. United States*, 133 S.Ct. 2151 (2013). In that decision, the Supreme Court held that any fact that increases the mandatory minimum is an "element" of the crime that must be submitted to the jury.

Applying *Alleyne* to the case at hand, the court finds that the motion must be denied. Defendant Williams was sentenced to 48 months imprisonment after pleading guilty to conspiracy to commit health care fraud and conspiracy to defraud the United States and to receive and pay health care kickbacks. The record reflects that defendant's sentence was not based upon a mandatory minimum or any other statutory enhancement. Her sentence is well below the statutory maximum for the offenses of conviction. The court also imposed a variant sentence below the calculated guidelines range. Consequently, *Alleyne* is inapplicable to this case.

ACCORDINGLY, IT IS ORDERED that the motion (doc. 633) for modification be DENIED.

Baton Rouge, Louisiana, October 28th, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA